IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

CHRISTIAN A. HANSEN :

VS : CV203-64
CR298-23
Appeal No. 05-15354-D

UNITED STATES OF AMERICA :

## ORDER

The Court of Appeals has dismissed this case for lack of jurisdiction.

IT IS HEREBY ORDERED that the order of the Eleventh Circuit Court of Appeals is made the order of this Court.

This 16th day of November, 2005.

ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA